Submitted May 3; portion of judgment requiring defendant to pay attorney fees reversed, otherwise affirmed May 26, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

SAMANTHA LYNN HANNICK,
*Defendant-Appellant.*

Washington County Circuit Court
18CR44955; A169629

487 P3d 450

Beth L. Roberts, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Nora Coon, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and E. Nani Apo, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Portion of judgment requiring defendant to pay attorney fees reversed; otherwise affirmed.

## PER CURIAM

Defendant appeals a judgment of conviction for unauthorized use of a vehicle (UUV), ORS 164.135, and possession of a stolen vehicle, ORS 819.300. She argues that the trial court erred in denying her motion for judgment of acquittal on the UUV count. We reject that argument without discussion. Defendant also argues that the trial court plainly erred in imposing $600 in attorney fees because the record does not support a conclusion that she is or may be able to pay them. The state concedes that this constitutes plain error. We agree, accept the state's concession, and, in light of the circumstances and gravity of the error, exercise our discretion to correct it. *See generally State v. Harris*, 293 Or App 110, 111-12, 426 P3d 252 (2018) (correcting similar error).

Portion of judgment requiring defendant to pay attorney fees reversed; otherwise affirmed.